UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ROYAL SURPLUS LINES
INSURANCE COMPANY,

    Plaintiff,                      No. C 05-2484 PJH

    v.                             **ORDER**

WATTS WATER TECHNOLOGIES,
INC., and DOES 1-100,

    Defendants.
_____/

        The court is in receipt of the parties' joint pretrial statement, which was filed two days after the September 19, 2006 deadline for the filing of the parties' pretrial papers. In it, the parties request that the court not only accept the parties' belated joint pretrial statement, but also grant the parties until September 25, 2006, in which to file their remaining pretrial papers.

        Preliminarily, the court notes the parties have failed to establish good cause for allowing the parties' overdue pretrial filings, and as the parties readily acknowledge, the proper time for the parties to have requested an extension of the deadline for filing their pretrial papers was prior to passage of the September 19 deadline, rather than after the fact.

        Despite this, and in view of the parties' stated intention to attempt a settlement of the case which may obviate the need for actual trial proceedings, the court hereby accepts the parties' belated joint pretrial statement, and GRANTS the parties' request to extend the

deadline for the filing of all pretrial submissions until Monday, September 25, 2006.

**IT IS SO ORDERED.**

Dated: September 22, 2006

_____
PHYLLIS J. HAMILTON
United States District Judge