SAN JOSE | 80 North First St...  
Los Angeles | San Jose, CA 95113  
New York | Telephone (408) 287-6262  
San Francisco | Facsimile (408) 918-4501  
Redwood City | www.ropers.com



Stephan A. Barber  
(408) 918-4524

sbarber@ropers.com

September 22, 2006

**VIA E-FILING**

The Honorable Phyllis J. Hamilton  
United States District Court  
Northern District of California  
450 Golden Gate Avenue  
San Francisco, CA 94102

    Re: ROYAL SURPLUS LINES v. WATTS WATER  
         U.S. District Court Case No. C 05 02484 PJH  
         Client-Matter No. ESIS 1815J

Dear Judge Hamilton:

    I represent defendant Watts Water Technologies, Inc. in the above matter. I am pleased to report that the parties have agreed to submit their dispute to binding arbitration. The parties have also agreed to dismiss the Federal Court proceeding and vacate all dates.

    I have enclosed a proposed Stipulation and Order that has been signed by counsel. We respectfully request that you sign and file this Stipulation and Order and have your Clerk serve copies on counsel electronically.

    Thank you for your attention and cooperation.

                  Very truly yours,

                  ROPERS, MAJESKI, KOHN & BENTLEY

                  STEPHAN A. BARBER

SAB:bl  
Enclosure  
cc:   Adam Abel, Esq.

SJ/377613.1/BL1

STEPHAN A. BARBER (SBN 70070)
ROPERS, MAJESKI, KOHN & BENTLEY
80 North First Street
San Jose, CA 95113
Telephone:   (408) 287-6262
Facsimile:   (408) 918-4501

Attorneys for Respondent
WATTS WATER TECHNOLOGIES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROYAL SURPLUS LINES INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>WATTS WATER TECHNOLOGIES, INC., and DOES 1-100,<br><br>Defendant. | CASE NO. 3:05 CV02484 PJH<br><br>**STIPULATION AND ORDER RE DISMISSAL**<br><br>Trial Date: November 13, 2006<br>Time:       8:30 a.m.<br><br>Judge:      Hon. Phyllis J. Hamilton |

It is hereby stipulated between plaintiff ROYAL SURPLUS LINES INSURANCE COMPANY, by and through its attorney of record Adam Abel of the law firm of Bradley, Curley, Asiano, Barrabee & Crawford and defendant WATTS WATER TECHNOLOGIES, INC., by and through its attorney of record Stephan A. Barber of the law firm of Ropers, Majeski, Kohn & Bentley, as follows:

(1)   Plaintiff and defendant will submit the dispute which is the subject of this lawsuit to binding arbitration before a single arbitrator to be selected by the parties;

(2)   The arbitration shall be completed within six months and shall be enforceable under the California statutes relating to arbitrations;

(3)   The above action shall be dismissed forthwith; and

(4) The trial, pre-trial conference, settlement conference, and all other dates and deadlines are vacated.

Dated: September 22, 2006

BRADLEY, CURLEY, ASIANO, BARRABEE & CRAWFORD

By: _____
Adam S. Abel
Attorneys for Plaintiff
ROYAL SURPLUS LINES INSURANCE COMPANY

Dated: September 22, 2006

ROPERS, MAJESKI, KOHN & BENTLEY

By: _____
STEPHAN A. BARBER
Attorneys for Defendant
WATTS WATER TECHNOLOGIES, INC.

## ORDER OF THE COURT

The above stipulation of the parties is accepted by the Court. The above entitled action is dismissed. The November 13, 2006 trial date, the October 19, 2006 pre-trial conference, the October 3, 2006 settlement conference, and all other dates and deadlines are vacated.

Dated: 9/26/06

_____
JUDGE OF THE U.S. DISTRICT COURT

IT IS SO ORDERED
Judge Phyllis J. Hamilton
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

SJ/377611.1/BLI

- 2 -

STIPULATION AND ORDER RE DISMISSAL
CASE NO. 3:05-CV02484